CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MURIEL J. BOHR, in individual and representative capacity as trustee; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:18-CV-00953-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R. CIV.P. 41 (a)(1); ORDER** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 9, 2018   CENTER FOR DISABILITY ACCESS

              By: /s/ Phyl Grace
                 Phyl Grace
                 Attorneys for Plaintiff

Dated: November 9, 2018   VAUGHAN & ASSOCIATES

              By: /s/ Cris C. Vaughan
                 Cris C. Vaughan
                 Attorney for Defendants
                 Muriel J. Bohr

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Muriel J. Bohr, respectively, and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: November 9, 2018  CENTER FOR DISABILITY ACCESS

          By: /s/ Phyl Grace
            Phyl Grace
            Attorneys for Plaintiff

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the stipulation between the parties (ECF No. 11), this action IS HEREBY ORDERED dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE